UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY REGISTER,

    Plaintiff,

v.         CASE NO: 8:09-cv-1592-T-26TBM

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

In view of the Court's order of September 18, 2009, at docket 8, the parties' stipulation at docket 9, and the Court's order of September 25, 2009, at docket 10, Defendant's motion for summary judgment is unnecessary. The Court will decide this case on the basis of the parties' initial memoranda of law and responses to those memoranda which are due on or before November 30, 2009. Accordingly, Defendant's Motion for Summary Judgment (Dkt. 14) is denied as unnecessary.

**DONE AND ORDERED** at Tampa, Florida, on November 17, 2009.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record